IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ECHOSPAN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> MEDALLIA, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO: <br> 1:21-cv-04318-JPB |

### DEFENDANT MEDALLIA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Medallia, Inc. ("Medallia") files this Memorandum of Law in support of its Motion for Leave to File Under Seal, and respectfully shows this Honorable Court as follows:

Medallia seeks leave to file under seal two documents: (1) the unredacted version of Defendant Medallia, Inc.'s Memorandum of Law in Support of its Motion to Transfer Venue ("Transfer Brief") and (2) Exhibit A to the Transfer Brief.

First, the Transfer Brief quotes and paraphrases portions of Plaintiff's unredacted Complaint that has been filed under seal. [Doc. 5.] While Medallia disputes that much of the redacted portions of the publicly-filed version of the

-1-

Complaint contain or constitute confidential information or trade secrets of Plaintiff, out of an abundance of caution and given that Court has sealed Plaintiff's unredacted Complaint, Medallia has redacted from the publicly-filed version of its Transfer Brief any allegations which were not included in Plaintiff's publicly-filed Complaint. Medallia thus seeks now leave to file the unredacted version of its Transfer Brief under seal.

Second, Exhibit A to the Transfer Brief is an agreement between the parties that provides that its terms and conditions are confidential. Accordingly, Medallia seeks to file Exhibit A to the Transfer Brief under seal, and Medallia has redacted those portions of the publicly filed Transfer Brief that disclose the terms and conditions of this agreement.

Medallia thus respectfully requests that the Court grant its Motion for Leave to File Under Seal and permit Medallia to file the unredacted Transfer Brief and the agreement between the parties under seal. A proposed order is attached as Exhibit A for the Court's convenience.

Respectfully submitted, this the 3rd day of November 2021.

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By: */s/ Neal F. Weinrich*
    Benjamin I. Fink
    Georgia Bar No: 261090
    Neal F. Weinrich
    Georgia Bar No: 294586
    3475 Piedmont Road, NE.
    Suite 1100
    Atlanta, Georgia 30305
    (404) 261-7711
    (404) 233-1943 (Facsimile)

*Counsel for Defendant Medallia, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1B

The undersigned counsel certifies that this brief complies with Local Rule 5.1B because it has been prepared in Times New Roman font, 14 point.

This 3rd day of November 2021.

                        BERMAN FINK VAN HORN P.C.

                        By: */s/ Neal F. Weinrich*
                        Neal F. Weinrich
                        Georgia Bar No. 294586
                        3475 Piedmont Road, NE
                        Suite 1100
                        Atlanta, Georgia 30305
                        (404) 261-7711
                        (404) 233-1943 (Facsimile)

                        *Counsel for Defendant Medallia, Inc.*

# CERTIFICATE OF SERVICE

I certify that, on November 3, 2021, I electronically filed the foregoing **DEFENDANT MEDALLIA, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of the Court using the CM/ECF system ,which will automatically send email notification of such filing to the following attorneys of record:

> Jonathan R. Chally, Esq.
> Joshua P. Gunnemann, Esq.
> COUNCILL, GUNNEMANN & CHALLY LLC
> 1201 Peachtree Street, NE
> Building 400, Suite 100
> Atlanta, Georgia 30361
> jchally@cgc-law.com
> jgunnemann@cgc-law.com
> ***Counsel for Plaintiff***

BERMAN FINK VAN HORN P.C.

*/s/ Neal F. Weinrich*
Neal F. Weinrich
Georgia Bar No. 294586

3475 Piedmont Road, N.E., Suite 1100      *Counsel for Defendant Medallia, Inc.*
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Fax)